IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARITA M. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:24-CV- |
| | ) JURY TRIAL DEMANDED |
| DELTA DENTAL INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Sharita M. Robinson, by undersigned counsel, and

submits this pleading, stating as follows:

## I. PRELIMINARY STATEMENT

1.     This is an action by an individual against her former employer for age

discrimination and retaliation in violation of the Age Discrimination in

Employment Act, 29 U.S.C. §§ 621 et seq. ("ADEA").

## II. THE PARTIES

2.     Plaintiff Sharita M. Robinson is 55 years of age and a resident of Gwinnett

County Georgia.

3.      Defendant Delta Dental Insurance Company ("Delta Dental") is a Delaware corporation engaged in the business of dental insurance.

4.      Defendant's principal place of business is 560 Mission Street, Suite 1300, San Francisco, California.

### III. JURISDICTION AND VENUE

5.      Plaintiff's claims present federal questions over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and § 1343(a).

6.      Venue is proper under 28 U.S.C. § 1391(b) and (c), as a substantial part of the events and omissions giving rise to the claims asserted occurred in the geographic area covered by the Atlanta Division of the United States District Court for the Northern District of Georgia.

7.      Plaintiff submits to the jurisdiction of this Court by filing suit.

8.      Defendant maintains a Registered Agent for service of process (Corporation Service Company) at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

9.      Defendant is an employer engaged in interstate commerce within the meaning of the ADEA, and has employed more than 20 persons for each working day in each of twenty calendar weeks in the current and preceding calendar year.

10.     Plaintiff received a Notice of Right-to-Sue, regarding her ADEA and Title VII claims from the Equal Employment Opportunity Commission, which was

2

issued on May 24, 2024 and, therefore, timely files suit.

## IV. FACTUAL ALLEGATIONS GIVING RISE TO SUIT

11.   Plaintiff began employment with Defendant on December 3, 2019, as a Trainer.

12.   Plaintiff performed her duties competently and without incident.

13.   On August 10, 2023, Plaintiff enquired about a promotional opportunity.

14.   Specifically, Plaintiff sought promotion to the positions of Organizational Effectiveness Consultant and Employee Relations Manager.

15.   During her interview for the promotional opportunities, Plaintiff was told her experience was outdated.

16.   Plaintiff was well qualified for both positions and had vastly more experience and qualifications than the successful candidates, who were younger than Plaintiff.

17.   After Plaintiff complained about the selection process and specifically expressed her belief that age discrimination was a factor, Plaintiff was informed that she would not be recommended for any future promotional opportunities.

## COUNT I

## AGE DISCRIMINATION IN VIOLATION OF THE ADEA

18. Plaintiff restates and re-alleges paragraphs 1 through 17 of the Complaint as if fully set forth herein.

19. Defendant denied promotional opportunity on the basis of age.

20. Defendant engaged in and/or knowingly permitted age discrimination in violation of the proscription thereof by the ADEA.

## COUNT II

## RETALIATION IN VIOLATION OF THE ADEA

21. Plaintiff restates and re-alleges paragraphs 1 through 17 of the Complaint as if fully set forth herein.

22. Defendant's actions in informing Plaintiff she would be ineligible for future opportunities constituted retaliation for protected activity in violation of the ADEA.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays;

a) That the Court enter judgment against Defendant and for Plaintiff;

b) That Plaintiff have and recover from Defendant back pay and benefits, with prejudgment interest thereon;

c) That the Court grant Plaintiff a trial by jury;

d) That Plaintiff have and recover her attorney's fees and costs of litigation pursuant to 42 U.S.C. § 1988 and all other applicable federal laws; and

e) Any and other such further relief that this Court or the Finder of Fact deems equitable and just.

This 20th day of August 2024.

_____s/JohnDWales_____

**John D. Wales, Esq.**
Georgia Bar No. 730785
Law Office of John D. Wales
2451 Cumberland Parkway
Suite 3843
Atlanta, Georgia 30339
Tel. (770) 850-2545
Fax (770) 850-2548
**johndwales@aol.com**
